IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. _08-20041_ |
| v. | ) 18 U.S.C. § 1951 |
| | ) 18 U.S.C. § 924(c) |
| ROBERT L. BROWN, | ) |
| JONATHAN WILLIAMS, | ) |
| MARIO ABSTON, and | ) |
| CARLETHA CARAWAY, | ) |
| Defendants. | ) |

**RECEIVED**
FEB 05 2008
United States District Court
Western Tennessee

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about January 19, 2008, in the Western District of Tennessee, the defendants,

------------------------------ **ROBERT L. BROWN** ------------------------------
and
------------------------------ **JONATHAN WILLIAMS** ------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob Burger King, 1985 E. Brooks Road, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 2

On or about January 19, 2008, in the Western District of Tennessee, the defendants,

---------------------------------------- **ROBERT L. BROWN** ----------------------------------------
**and**
---------------------------------------- **JONATHAN WILLIAMS** ----------------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 3

On or about January 12, 2008, in the Western District of Tennessee, the defendants,

**ROBERT L. BROWN**
**and**
**JONATHAN WILLIAMS**

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob Mrs. Winners Chicken, 1986 E. Brooks Road, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 4

On or about January 12, 2008, in the Western District of Tennessee, the defendants,

-------------------------------------- **ROBERT L. BROWN** ----------------------------------------
**and**
-------------------------------------- **JONATHAN WILLIAMS** ----------------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 5

On or about January 6, 2008, in the Western District of Tennessee, the defendants,

---------------------------------------- **ROBERT L. BROWN** ----------------------------------------
and
---------------------------------------- **JONATHAN WILLIAMS** ----------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob McDonalds, 7011 E. Shelby Drive, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 6

On or about January 6, 2008, in the Western District of Tennessee, the defendants,

------------------------------------- **ROBERT L. BROWN** -------------------------------------
**and**
------------------------------------- **JONATHAN WILLIAMS** -------------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 7

On or about January 2, 2008, in the Western District of Tennessee, the defendants,

---------------------------------------- **ROBERT L. BROWN** ----------------------------------------
and
---------------------------------------- **JONATHAN WILLIAMS** ----------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob Burger King, 2641 N. Hollywood, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 8

On or about January 2, 2008, in the Western District of Tennessee, the defendants,

--------------------------------- **ROBERT L. BROWN** ---------------------------------
**and**
--------------------------------- **JONATHAN WILLIAMS** ---------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 9

On or about December 23, 2007, in the Western District of Tennessee, the defendants,

------------------------------------- **ROBERT L. BROWN** -------------------------------------
**and**
------------------------------------- **JONATHAN WILLIAMS** -------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob Burger King, 1985 E. Brooks Road, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 10

On or about December 23, 2007, in the Western District of Tennessee, the defendants,

------------------------------------- **ROBERT BROWN** ---------------------------------------
**and**
------------------------------------- **JONATHAN WILLIAMS** ---------------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 11

On or about September 23, 2007, in the Western District of Tennessee, the defendants,

-------------------------------------- **JONATHAN WILLIAMS** --------------------------------------
and
-------------------------------------- **MARIO ABSTON** --------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **JONATHAN WILLIAMS** and **MARIO ABSTON** did rob Mrs. Winners Chicken, 3243 Jackson, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 12

On or about September 23, 2007, in the Western District of Tennessee, the defendants,

------------------------------------- **JONATHAN WILLIAMS** -------------------------------------
**and**
------------------------------------- **MARIO ABSTON** -------------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 13

On or about September 10, 2007, in the Western District of Tennessee, the defendants,

**JONATHAN WILLIAMS**
**MARIO ABSTON**
and
**CARLETHA CARAWAY**

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **JONATHAN WILLIAMS, MARIO ABSTON** and **CARLETHA CARAWAY** did rob McDonalds, 2062 Frayser Blvd., Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 14

On or about September 10, 2007, in the Western District of Tennessee, the defendants,

**JONATHAN WILLIAMS**
**MARIO ABSTON**
and
**CARLETHA CARAWAY**

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 15

On or about September 8, 2007, in the Western District of Tennessee, the defendants,

---------------------------------------- **ROBERT L. BROWN** ----------------------------------------
**and**
---------------------------------------- **JONATHAN WILLIAMS** ----------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob Pizza Hut, 4299 Elvis Presley, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 16

On or about September 8, 2007, in the Western District of Tennessee, the defendants,

**ROBERT L. BROWN**
and
**JONATHAN WILLIAMS**

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT 17

On or about September 3, 2007, in the Western District of Tennessee, the defendants,

---------------------------------------- **ROBERT L. BROWN** ----------------------------------------
**and**
---------------------------------------- **JONATHAN WILLIAMS** ----------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **ROBERT L. BROWN** and **JONATHAN WILLIAMS** did rob McDonalds, 1352 E. Brooks Road, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951.

## COUNT 18

On or about September 3, 2007, in the Western District of Tennessee, the defendants,

---------------------------------- **ROBERT L. BROWN** ----------------------------------
and
---------------------------------- **JONATHAN WILLIAMS** ----------------------------------

being aided and abetted, each by the other, did, during and in relation to a crime of violence, that is, "Robbery Affecting Commerce" in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

s/G.J. Foreperson
**FOREPERSON**

DATE: Feb. 5, 2008

[signature]
**UNITED STATES ATTORNEY**